IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>WILLIAM PACKER,<br>Defendant. | **8:21-CR-210**<br><br>**ORDER ON REQUEST FOR TRANSCRIPT** |

This matter is before the Court on a Request for Transcript filed by nonparty Brenda D. Bowers. Filing 195. The request relates to a transcript of the May 31, 2023, sentencing of defendant William Packer. Filing 195. Ms. Bowers' request is granted, provided Ms. Bowers contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. In the event Ms. Bowers does not contact Ms. Schroder and make the appropriate financial arrangements, the request is denied. Accordingly,

IT IS ORDERED that the Request for Transcript filed by nonparty Brenda D. Bowers, Filing 195, is granted as to the transcript under the conditions described above. To the extent those conditions are not met, the request is denied. The Clerk shall mail a copy of this order to Brenda D. Bowers at the address provided in Filing 195.

Dated this 19th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge